IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY LATUSZEWSKI; JAMES ROGAN; and REED BIGHAM, <br><br> Plaintiffs, <br><br> v. <br><br> VALIC FINANCIAL ADVISORS, INC., <br><br> Defendant <br><br> and <br><br> VALIC FINANCIAL ADVISORS, INC.; and THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> GARY LATUSZEWSKI; JAMES ROGAN; and REED BIGHAM, <br><br> Counterclaim Defendants | **Electronically Filed** <br><br> No. 03-540 <br><br> The Hon. Gary L. Lancaster |

**ORDER**

AND NOW, this \_\_9\_\_ day of November 2007, it is hereby ORDERED that Plaintiffs' Motion to Quash Duces Tecum Provisions of Subpoenas Served on Plaintiffs is hereby GRANTED and that the *duces tecum* provisions of the Subpoenas served on Plaintiffs on November 6, 2007 are hereby quashed.

/s/ Hon. Gary L. Lancaster