IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY LATUSZEWSKI; JAMES ROGAN; and REED BIGHAM, <br><br> Plaintiffs, <br><br> v. <br><br> VALIC FINANCIAL ADVISORS, INC., <br><br> Defendant <br><br> and <br><br> VALIC FINANCIAL ADVISORS, INC.; and THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> GARY LATUSZEWSKI; JAMES ROGAN; and REED BIGHAM, <br><br> Counterclaim Defendants | **Electronically Filed** <br><br> No. 03-540 <br><br> The Hon. Gary L. Lancaster <br><br> AND NOW, THIS 23rd DAY OF Jan 06, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED. <br><br> *[signature]* <br> GARY L. LANCASTER, <br> UNITED STATES DISTRICT JUDGE |

**PLAINTIFFS'/COUNTERCLAIM DEFENDANTS' MOTIONS
FOR POST-TRIAL RELIEF UNDER FED.R.CIV.P. 52 AND 59**

Plaintiffs and Counterclaim Defendants, Gary Latuszewski, James Rogan and Reed Bigham, through their undersigned counsel, hereby move, pursuant to Rules 52(b), 59(a)(2) and 59(e) of the Federal Rules of Civil Procedure, for entry of an order (i) amending certain of the Court's findings of fact and conclusions of law, (ii) making additional findings of fact and conclusions of law, (iii)