# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY LATUSZEWSKI, JAMES ROGAN, and REED BIGHAM, | )<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 03-0540 |
| v. | ) |
| VALIC FINANCIAL ADVISORS, INC., | ) Judge Gary L. Lancaster |
| Defendant, | ) |
| and | ) |
| VALIC FINANCIAL ADVISORS, INC. and THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Counterclaim Plaintiffs, | ) |
| v. | ) |
| GARY LATUSZEWSKI, JAMES ROGAN, and REED BIGHAM, | )<br>)<br>) |
| Counterclaim Defendants. | ) |

## ORDER

AND NOW, to wit, this 4th day of Aug, 2008, upon consideration of Counterclaim Plaintiffs VALIC Financial Advisors, Inc. and the Variable Annuity Life Insurance Company's ("VALIC") Motion for Permission to Keep Trial Transcript Under Seal.

Hon. Gary L. Lancaster, U.S.D.J.