IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY LATUSZEWSKI, et al. <br> Plaintiffs, <br><br> v. <br><br> VALIC FINANCIAL ADVISORS, INC. <br> Defendants <br><br> and <br><br> VALIC FINANCIAL ADVISORS, INC., <br> and THE VARIABLE ANNUITY LIFE <br> INSURANCE COMPANY, <br> Counterclaim <br> Plaintiffs, <br><br> v. <br><br> GARY LATUSZEWSKI, et al. <br> Counterclaim <br> Defendants, | Civil Action No. 03-0540 |

ORDER

AND NOW this 5th day of August, 2008, IT IS HEREBY ORDERED that defendants'/counterclaim plaintiffs' motion to compel discovery responses [doc. no. 127] is DENIED, as MOOT. Plaintiffs/Counterclaim Defendants have now responded to VALIC's Discovery in Aid of Execution.

BY THE COURT

/s/ G.L. Lancaster, J.

cc: All Counsel of Record