IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GARY LATUSZEWSKI, JAMES ROGAN,
AND REED BIGHAM,

        Plaintiffs         Civil Action No. 2:03-CV-0540

vs.

VALIC FINANCIAL ADVISORS, INC.,

        Defendant

and

VALIC FINANCIAL ADVISORS, INC. AND
THE VARIABLE ANNUITY LIFE INSURANCE
COMPANY,

        Counterclaim Plaintiffs

vs.

GARY LATUSZEWSKI, JAMES ROGAN,
AND REED BIGHAM,

        Counterclaim Defendants

## ORDER

And now this 5th day of July, 2011, the Clerk is directed to mark this action settled and discontinued as to Garnishee, First Niagara Bank, only.

_____