IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GARY LATUSZEWSKI, JAMES ROGAN,
AND REED BIGHAM,

        Plaintiffs         Civil Action No. 2:03-CV-0540

vs.

VALIC FINANCIAL ADVISORS, INC.,

        Defendant
and

VALIC FINANCIAL ADVISORS, INC. AND
THE VARIABLE ANNUITY LIFE INSURANCE
COMPANY,

        Counterclaim Plaintiffs

vs.

GARY LATUSZEWSKI, JAMES ROGAN,
AND REED BIGHAM,

        Counterclaim Defendants

## ORDER

AND NOW this 8th day of July, 2011, the Clerk is directed to mark this action settled and discontinued as to Garnishee, PNC Bank, only. In light of Counterclaim Plaintiff's discontinuance of the Garnishment against PNC Bank, it is further ORDERED that the July 15, 2011, hearing on Counterclaim Defendant Gary Latuszewski's Claim for Exemption of his garnished joint account at PNC Bank is hereby cancelled as moot.

BY THE COURT:

_____
United States District Judge