IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GARY LATUSZEWSKI, JAMES ROGAN,
AND REED BIGHAM,

        Plaintiffs          Civil Action No. 2:03-CV-0540

vs.

VALIC FINANCIAL ADVISORS, INC.,

        Defendant
and

VALIC FINANCIAL ADVISORS, INC. AND
THE VARIABLE ANNUITY LIFE INSURANCE
COMPANY,

        Counterclaim Plaintiffs

vs.

GARY LATUSZEWSKI, JAMES ROGAN,
AND REED BIGHAM,

        Counterclaim Defendants

**ORDER**

AND NOW this 15th day of July, 2011, the Clerk is directed to mark this action settled and discontinued as to Garnishee, Citizens Bank, only.

BY THE COURT,

_____
United States District Judge