IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY LATUSZEWSKI, JAMES ROGAN and REED BIGHAM,<br>　　Plaintiffs,<br><br>v.<br><br>VALIC FINANCIAL ADVISORS, INC.,<br>　　Defendant<br><br>and<br><br>VALIC FINANCIAL ADVISORS, INC. and THE VARIABLE ANNUITY LIFE INSURANCE COMPANY,<br>　　Counterclaim Plaintiffs,<br><br>v.<br><br>GARY LATUSZEWSKI, JAMES ROGAN and REED BIGHAM,<br>　　Counterclaim Defendants. | Civil Action No. 03-0540 |

ORDER

AND NOW, this 27 day of July, 2011, IT IS HEREBY ORDERED that, in accordance with and in furtherance of this court's July 21, 2011 order [doc. no. 167], Thomas D. Pratt is appointed to serve as receiver for the limited purpose of collecting those distributions and contributions from Landmark Financial Partners, LLC, to which Latuszewski, Rogan, and Bingham are entitled and distributing them to VALIC in order to satisfy VALIC's outstanding December 19, 2007 judgment.

1

IT IS FURTHERED ORDERED that the receiver's first monthly report will be due on September 1, 2011 and that all other provisions, directives, deadlines, and requirements set forth in the July 21, 2011 order remain in full force and effect.

BY THE COURT,

/s/ C.J.

cc: All Counsel of Record